# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO RUIZ,<br><br>            Plaintiff,<br><br>    v.<br><br>A. ENENMOH,<br><br>            Defendant.<br>_____/ | CASE NO. 1:12-cv-00352-SKO PC<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR RELIEF FROM RESPONDING TO COMPLAINT, AND FOR A THIRTY-DAY EXTENSION OF TIME TO RESPOND TO THE COMPLAINT, TO COMMENCE UPON ISSUANCE OF SCREENING ORDER<br><br>(Doc. 2) |

   Plaintiff Ramiro Ruiz is a state prisoner proceeding pro se in this civil action. Defendant Enenmoh removed this action from Fresno County Superior Court on March 8, 2012. 28 U.S.C. § 1441(b). Defendant requests to be relieved of his obligation to respond to the complaint pending screening by the Court pursuant to 28 U.S.C. § 1915A. Fed. R. Civ. P. 81(c)(2). Defendant seeks a thirty-day extension of time to respond to the complaint, to commence upon issuance of the screening order.

   Defendant's request is HEREBY GRANTED, and Defendant shall have **thirty (30) days** to file a response to the complaint, to commence upon issuance of the screening order.

IT IS SO ORDERED.

**Dated:   March 9, 2012**              **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE

1